UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DECALVIN SHUNTRELL RAPHIEL | CIVIL ACTION NO. 22-cv-0427 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| HALEY RESIDENTIAL INC., ET AL. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation (Record Document 64) of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all remaining claims in this civil action are **DISMISSED WITHOUT PREJUDICE** for failure to make timely service and for failure to prosecute.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 24th day of May, 2023.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE